Paul Alan Levy
Gregory Beck
Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009
(202) 588-7725 Telephone
(202) 588-7795 Facsimile
plevy@citizen.org

Bruce P. Keller
Jeffrey P. Cunard
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000 Telephone
(212) 909-6836 Facsimile
bpkeller@debevoise.com
jpcunard@debevoise.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
ROBERT ALLEN LEE, individually                              :
and on behalf of all others similarly situated,             :
                                                            :
                             Plaintiffs,                    :
                                                            :
v.                                                          :   Civil Action No. 1:11-cv-08665-PAC
                                                            :
STACY MAKHNEVICH *et al.*,                                  :
                                                            :
                             Defendants.                    :
------------------------------------------------------------ x

## ENTRY OF APPEARANCE

The undersigned counsel, having been admitted to practice before this Court, now enters his appearance as lead counsel for plaintiffs.

Respectfully submitted,

    /s/ Paul Alan Levy
Paul Alan Levy

Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009
(202) 588-1000
plevy@citizen.org

Attorney for Plaintiffs

December 28, 2011

## CERTIFICATE OF SERVICE

I hereby certify that, because two different attorneys have represented to me that they represent defendant Makhnevich, each to the exclusion of the other, but neither has yet entered an appearance for her on the record, on this date, I am causing copies of this Entry of Appearance to be served on each of them by first-class mail, postage prepaid, and by email, as follows:

Domingo J. Rivera, Esquire
8527 Mayland Drive
Suite 107
Richmond, Virginia 23294
djr@cyberlaw.com

David Schwartz, Esquire
Gerstman, Schwartz & Wink
Suite 302
1044 Northern Blvd.
Roslyn, New York 11576
dschwartz@gothamgr.com

    /s/ Paul Alan Levy
Paul Alan Levy

  Public Citizen Litigation Group
  1600 20th Street NW
  Washington, D.C. 20009
  (202) 588-1000
  plevy@citizen.org

  Attorney for Plaintiffs

December 28, 2011