# GERSTMAN SCHWARTZ & WINK LLP
ATTORNEYS AT LAW

January 6, 2012

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-9-12
```

**VIA FAX**
Hon. Paul A. Crotty
United States District Judge
500 Pearl St.
Chambers 735
New York, NY 10007

Re: Lee v. Makhnevich – 11Civ. 8665 – Amended Request for Extension of Time to Answer

Dear Honorable Crotty:

Please be advised that my firm is representing all defendants in the above referenced action. This letter serves as an amended request respectfully requesting an extension for the time in which to answer the complaint for all defendants.

According to the Court's website, the original date to answer is January 10, 2012. Please note that we have made no previous requests for adjournment or extension in regards to this case. Opposing council consents to the requested extension of time. Based on our communications with opposing council, dates we have agreed upon for extended time are February 10, 2012, February 13, 2012, or February 14, 2012.

I appreciate your consideration of this request. Thank you for your cooperation in this matter.

Sincerely,

DAVID M. SCHWARTZ
For the firm

CC: Paul Alan Levy
Attorney for Plaintiff

**MEMO ENDORSED**

Answer due on 2-14-12, and the IPTC will be scheduled after 2-14-12.
SO ORDERED: 1-9-12

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE