AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| ROBERT ALLEN LEE, individually and on behalf of all others similarly situated, )<br>)<br>*Plaintiff* )<br>v. )<br>)<br>STACY MAKHNEVICH et al. )<br>)<br>*Defendant* ) | **11 CIV 8665**<br>Civil Action No.<br><br>**JUDGE CROTTY** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Stacy Makhnevich
405 Lexington Avenue
69th Floor
New York, NY 10174

See attached rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

  Bruce P. Keller, DEBEVOISE & PLIMPTON LLP, 919 Third Avenue, New York,
  New York 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
*CLERK OF COURT*

Date: NOV 29 2011

_____
*Signature of Clerk or Deputy Clerk*

## Rider to Summons

Stacy Makhnevich
405 Lexington Avenue
69th Floor
New York, NY 10174

Aster Dental
405 Lexington Avenue
69th Floor
New York, NY 10174

Chrysler Building Dental Association
405 Lexington Avenue
69th Floor
New York, NY 10174

North East P.C.
405 Lexington Avenue
69th Floor
New York, NY 10174

South East Dental Suite
405 Lexington Avenue
69th Floor
New York, NY 10174

Lincoln Square Dental Arts
405 Lexington Avenue
69th Floor
Suite 6906
New York, NY 10174

Lincoln Square Dental Arts of Manhattan
405 Lexington Avenue
69th Floor
Suite 6906
New York, NY 10174

Chrysler Dental
405 Lexington Avenue
69th Floor
New York, NY 10174

23555550v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
ROBERT ALLEN LEE                      :
                                      :
                Plaintiff             :
                                      :           **AFFIDAVIT OF SERVICE**
                -against-             :           **Index No. 11 cv 8665**
                                      :
STACY MAKHNEVICH et al.               :
                                      :
                Defendants.           :
                                      :
------------------------------------- x

STATE OF NEW YORK  )
                          ss.:
COUNTY OF NEW YORK )

    Kevin Johnson being duly sworn, deposes and says that I am not a party to the action, am over eighteen (18) years of age, and I reside in Brooklyn, New York.

    On January 5, 2012 at 5:15 p.m., at the Franklin D. Roosevelt United States Post Office, located at 909 Third Avenue, New York, New York 10022, I served the enclosed eight copies of the Summons, Complaint, Judge Crotty's Individual Practices, the Southern District of New York Electronic Case Filing Rules & Instructions, and the Consent to Proceed Before United States Magistrate Judge., by depositing a true copy of the same in a postpaid properly addressed wrapper addressed to David Schwartz, Esq., Gerstman, Schwartz & Wink, 1044 Northern Blvd., Roslyn, NY 11576, Counsel for Defendants.

Kevin Johnson<br>
License No.: 1031365

Sworn to before me this
12th day of January, 2012.

_____
Notary Public

RONALD DORVILLE
NOTARY PUBLIC, State of New York
No. 01DO6108626
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires May 17, 2012

22817444v5

```
                                                                    For delivery information visit our website at www.usps.com

                                                                    ROCHESTER 14692

                                                                    Postage         $5.70
                                                                    Certified Fee   $2.85
                                                                    Return Receipt Fee
                                                                    (Endorsement Required)  $2.30
                                                                    Restricted Delivery Fee
                                                                    (Endorsement Required)  $0.00
                                                                    Total Postage & Fees    $13.55      11/03/2011

                                                                    Sent To     David Schwartz, Esq.
                                                                    Street, Apt. No.;   Gerstman Schwartz & Malito
                                                                    or PO Box No.       1399 Northern Blvd
                                                                    City, State, ZIP+4  Roslyn NY 11576

                                                                    PS Form 3800, August 2006           See Reverse for Instructions
```

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____  ☐ Agent
                         ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

1. Article Addressed to:

David Schwartz, Esq.
Gerstman Schwartz
& Malito LLP
1399 Northern Blvd
Roslyn, NY 11576

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7007 0710 0000 5362 0646

PS Form 3811, August 2001    Domestic Return Receipt    2ACPRI-03-P-40