UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROBERT ALLEN LEE, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

STACY MAKHNEVICH and ASTER DENTAL, a/k/a CHRYSLER BUILDING DENTAL ASSOCIATION, a/k/a NORTH EAST P.C., a/k/a SOUTH EAST DENTAL SUITE, a/k/a LINCOLN SQUARE DENTAL ARTS, a/k/a LINCOLN SQUARE DENTAL ARTS OF MANHATTAN, a/k/a CHRYSLER DENTAL,

Defendants.
-----------------------------------------------------------------X

Civil Action No. 11 cv. 8665 (PAC)

**AFFIRMATION OF SERVICE**

      I hereby certify that on the 14 day of February, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following. I further certify that the foregoing was sent via overnight mail to the following:

Paul Alan Levy
Gregory Beck
Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009

Bruce P. Keller
Jeffrey P. Cunard
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022

DAVID M. SCHWARTZ
DS9776
1044 Northern Blvd. Suite 302
Roslyn, New York 11576
Phone: (516) 880-8170
Fax: (516) 880-8171
Dschwartz@gerstmanschwartz.com

1