UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ROBERT ALLEN LEE, individually and on behalf of all others similarly situated,

               Plaintiffs,

-against-

STACY MAKHNEVICH and ASTER DENTAL, a/k/a CHRYSLER BUILDING DENTAL ASSOCIATION, a/k/a NORTH EAST P.C., a/k/a SOUTH EAST DENTAL SUITE, a/k/a LINCOLN SQUARE DENTAL ARTS, a/k/a LINCOLN SQUARE DENTAL ARTS OF MANHATTAN, a/k/a CHRYSLER DENTAL,

               Defendants.

------------------------------------------------------------X

Civil Action No. 11 cv. 8665 (PAC)

**DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT IN LIEU OF AN ANSWER**

Defendants STACY MAKHNEVICH ("Makhnevich") and ASTER DENTAL ("Aster Dental") hereby respectfully moves this Court to dismiss Plaintiff ROBERT ALLEN LEE ("Lee")'s Complaint. In support thereof, Defendants submit the accompanying Memorandum of Law.

Dated:    February 14, 2012

                                                            Respectfully Submitted,

                                                             DAVID M. SCHWARTZ
                                                             DS9776
                                                             1044 Northern Blvd. Suite 302
                                                             Roslyn, New York 11576
                                                             Phone: (516) 880-8170
                                                            Fax: (516) 880-8171
                                                            Dschwartz@gerstmanschwartz.com

Domingo J. Rivera, Esq. (VSB # 71407,
Admission Motion to Follow)
RIVERA LAW GROUP
8527 Mayland Drive, Suite 107
Richmond, VA 23294
Phone: (804) 332-6585
Fax:    (866) 651-2004
djr@icyberlaw.com

Counsel for Defendants

To:   Honorable Paul A. Crotty
      United States District Court Judge