# GERSTMAN SCHWARTZ & WINK LLP
### ATTORNEYS AT LAW

February 21, 2012

**VIA FAX**
Hon. Paul A. Crotty
United States District Judge
500 Pearl St.
Chambers 735
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-22-12
```

Re: <u>Lee v. Makhnevich</u>  11 Civ 8665 – Request for Adjournment For Pre-Motion Conference

Dear Honorable Crotty:

Please be advised that my firm is representing all defendants in the above referenced action. We respectfully request an adjournment of the Pre-Motion Conference on the Motion to Dismiss scheduled for Tuesday, February 28, 2012 at 3:35 PM.

We have previously made one request for an extension for the time in which to answer the complaint which was granted by your honor. Opposing counsel has agreed upon the following dates for adjournment; March 5, 2012, March 6, 2012, or March 9, 2012

I appreciate your consideration of this request. Thank you for your cooperation in this matter.

Respectfully Submitted,

DAVID M. SCHWARTZ
For the firm

cc: Bruce P. Keller, Esq.
cc: Paul Alan Levy, Esq.

**MEMO ENDORSED**

Application GRANTED. The conference is adjourned to 03/05/12 at 3:45pm in Courtroom 20-C

SO ORDERED: 2-22-12
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE