UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ROBERT ALLEN LEE, individually and on behalf of all others similarly situated,

            Plaintiffs,

-against-

STACY MAKHNEVICH and ASTER DENTAL, a/k/a CHRYSLER BUILDING DENTAL ASSOCIATION, a/k/a NORTH EAST P.C., a/k/a SOUTH EAST DENTAL SUITE, a/k/a LINCOLN SQUARE DENTAL ARTS, a/k/a LINCOLN SQUARE DENTAL ARTS OF MANHATTAN, a/k/a CHRYSLER DENTAL,

            Defendants.
------------------------------------------------------------X

Civil Action No. 11 cv. 8665 (PAC)

**DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT IN LIEU OF AN ANSWER**

    Defendants STACY MAKHNEVICH ("Makhnevich") and ASTER DENTAL ("Aster Dental") hereby respectfully moves this Court to dismiss Plaintiff ROBERT ALLEN LEE ("Lee")'s Complaint. In support thereof, Defendants submit the accompanying Memorandum of Law.

Dated:    March 19, 2012

                                                Respectfully Submitted,

                                               DAVID M. SCHWARTZ
                                               DS9776
                                               1044 Northern Blvd. Suite 302
                                               Roslyn, New York 11576
                                               Phone: (516) 880-8170
                                               Fax: (516) 880-8171
                                               Dschwartz@gerstmanschwartz.com

          Domingo J. Rivera, Esq. (VSB # 71407,
          Admission Motion to Follow)
          RIVERA LAW GROUP
          8527 Mayland Drive, Suite 107
          Richmond, VA 23294
          Phone: (804) 332-6585
          Fax:   (866) 651-2004
          djr@icyberlaw.com

          Counsel for Defendants


To:    Honorable Paul A. Crotty
       United States District Court Judge