AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| ROBERT ALLEN LEE | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 11-cv-08665 (PAC) |
| STACY MAKHNEVICH, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Robert Allen Lee, individually and on behalf of all others similarly situated

Date:  04/11/2013

/s/ Jehan A. Patterson
*Attorney's signature*

Jehan A. Patterson (JA8306)
*Printed name and bar number*

Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
*Address*

jpatterson@citizen.org
*E-mail address*

(202) 588-1000
*Telephone number*

(202) 588-7795
*FAX number*