UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ROBERT ALLEN LEE, individually and on behalf of all others similarly situated,

            Plaintiffs,

-against-

STACY MAKHNEVICH and ASTER DENTAL, a/k/a CHRYSLER BUILDING DENTAL ASSOCIATION, a/k/a NORTH EAST P.C., a/k/a SOUTH EAST DENTAL SUITE, a/k/a LINCOLN SQUARE DENTAL ARTS, a/k/a LINCOLN SQUARE DENTAL ARTS OF MANHATTAN, a/k/a CHRYSLER DENTAL,

            Defendants.

-----------------------------------------------------------X

Civil Action No. 11 cv. 8665 (PAC)

**MOTION TO WITHDRAW FROM COUNSEL FOR DEFENDANT STACY MAKHNEVICH AND ASTER DENTAL**

      Gerstman Schwartz & Wink, LLP hereby respectfully moves this Court to grant their motion to withdraw from counsel for Defendants STACY MAKHNEVICH and ASTER DENTAL. In support thereof, Defendants submit the accompanying Memorandum of Law.

Dated:   June 7, 2013

                                                  Respectfully Submitted,

                                                  DAVID M. SCHWARTZ
                                                  DS9776
                                                  1044 Northern Blvd. Suite 305
                                                  Roslyn, New York 11576
                                                  Phone: (516) 880-8170
                                                  Fax: (516) 880-8171
                                                  Dschwartz@gerstmanschwartz.com

                                                  Counsel for Defendants