UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ROBERT ALLEN LEE, individually and on            Civil Action No. 11 cv. 8665 (PAC)
behalf of all others similarly situated,

              Plaintiffs,

        -against-                                         **MOTION TO WITHDRAW
                                                          FROM COUNSEL FOR
                                                          DEFENDANT STACY
                                                          MAKHNEVICH AND ASTER
STACY MAKHNEVICH and ASTER                       DENTAL**
DENTAL, a/k/a CHRYSLER BUILDING
DENTAL ASSOCIATION, a/k/a NORTH
EAST P.C., a/k/a SOUTH EAST DENTAL
SUITE, a/k/a LINCOLN SQUARE DENTAL
ARTS, a/k/a LINCOLN SQUARE DENTAL
ARTS OF MANHATTAN, a/k/a CHRYSLER
DENTAL,

            Defendants.

------------------------------------------------------------X

       Gerstman Schwartz & Wink, LLP hereby respectfully moves this Court to grant their motion to withdraw from counsel for Defendants STACY MAKHNEVICH and ASTER DENTAL. In support thereof, Defendants submit the accompanying Memorandum of Law.

Dated:    June 7, 2013

                                       Respectfully Submitted,

                                       DAVID M. SCHWARTZ
                                       DS9776
                                       1044 Northern Blvd. Suite 305
                                       Roslyn, New York 11576
                                       Phone: (516) 880-8170
                                       Fax: (516) 880-8171
                                       Dschwartz@gerstmanschwartz.com

                                       Counsel for Defendants

1