THE STATE OF NEW YORK

UNITED STATES DISTRICT COURT, DISTRICT OF NEW YORK

Index No.: 11cv8665(PAC)

Filed On:

**ROBERT ALLAN LEE, individually and on behalf of all others similarly
situated**

-against-

**STACY MAKHNEVICH and ASTER DENTAL, a/k/a CHRYSLER BUILDING
DENTAL ASSOCIATION, a/k/a NORTH EAST P.C., a/k/a SOUTH EAST
DENTAL SUITE. a/k/a LINCOLN SQUARE DENTAL ARTS. a/k/a LINCOLN**

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF NEW YORK: Aaron Foster, being duly sworn, deposes and says that deponent is
not party to this action, is over 18 years of age and resides in the State of New York.

That on 6/12/2013 at 3:11 PM at 405 LEXINGTON AVE., 69TH FLOOR, NEW YORK, NY 10174, your deponent served the MOTION
TO WITHDRAW FROM COUNSEL FOR DEFENDANT STACY MAKHNEVICH AND ASTER DENTAL, MEMORANDUM
OF LAW IN SUPPORT OF MOTION TO WITHDRAW FROM COUNSEL FOR DEFENDANT STACY MAKHNEVICH AND
ASTER DENTAL bearing Index # 11cv8665(PAC) upon STACY MAKHNEVICH.

[ ] INDIVIDUAL
By personally delivering a true copy thereof to said recipient, known by deponent to be said person named therein.

[ ] AGENCY / BUSINESS
By delivering thereat a true copy of each to Luis Gavi.  Your deponent knew the person so served to be an agent authorized to accept
on behalf of the entity to be served.

[X] SUITABLE AGE PERSON
By delivering a true copy of each to a person of suitable age and discretion, to wit: Luis Gavi, who verified that the intended recipient
actually resides at this location.

[ ] AFFIXING TO DOOR
By affixing a true copy of each to the door of the address at 405 LEXINGTON AVE., 69TH FLOOR, NEW YORK, NY 10174, that being
the intended recipient's dwelling place or usual place of abode since with due diligence, the intended recipient could not be found nor a
person of suitable age and discretion who would receive same.

[X] MAILING COPY
That on 6/14/2013, your deponent's agent mailed a true copy of same by First Class Mail properly enclosed and sealed in a postpaid
wrapper addressed to the recipient at: 405 LEXINGTON AVE., 69TH FLOOR, NEW YORK, NY 10174 in an envelope bearing the
legend "Personal and Confidential".  Said envelope was deposited in an official depository under exclusive care and custody of the U.S.
Postal Service.

[X] DESCRIPTION
Gender: Male;  Skin: White;  Hair: Black;  Age: 28 - 32;  Height: 5ft8in-5ft11in;  Weight: 200 - 210;  Other: Mailroom

[ ] WITNESS FEE

[X] MILITARY SERVICE
Deponent asked the person spoken to whether the recipient was presently on active duty or dependent on someone who was on active
duty in the military service of the United States and was informed that he/she was not.

Sworn to before me on 6/14/2013:

Denise Lowe
Notary Public, State of New York
No. 01LO6168083
Qualified in New York County
Commission Expires 6/4/2015

Aaron Foster

NYC License # - 1422772

Gerstman, Schwartz & Wink, LLP
1044 Northern Boulevard, Suite 305
Roslyn, NY 11576
Phone: 516-880-8170
File No. Jaikaran

RETURN TO: Nationwide Court Services, Inc.
761 Koehler Avenue, Suite A
Ronkonkoma, NY 11779
DCA Lic#:1037536 Ph: 631-981-4400
(NCS301274F) LPM 328696