Paul Alan Levy
Jehan A. Patterson
Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009
(202) 588-7725 Telephone
(202) 588-7795 Facsimile
plevy@citizen.org
jpatterson@citizen.org

Bruce P. Keller
Jeffrey P. Cunard
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000 Telephone
(212) 909-6836 Facsimile
bpkeller@debevoise.com
jpcunard@debevoise.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

ROBERT ALLEN LEE, individually      :
and on behalf of all others similarly situated,      :
     :
           Plaintiffs,      :
     :
v.      :     Civil Action No.
                                            1:11-cv-08665-PAC
     :
STACY MAKHNEVICH *et al.*,      :
     :
           Defendants.      :

------------------------------------------------------------ x

### AFFIDAVIT OF ROBERT LEE

1. My name is Robert Allen Lee. I am the plaintiff in this action.

2. I know the facts stated in paragraphs 16 to 20 of the complaint to be true.

Pursuant to 28 U.S.C. § 1746, I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on July 3, 2013.

Robert Allen Lee