

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-1-13
```

Law Office of Gabriel Mignella
1800 Northern Boulevard
Roslyn, New York 11576
516-365-6690
g.mignella@medmal.com

July 29, 2013

By email:
Marlon_Ovalles@nysd.uscourts.gov

CrottyNYSDChambers@nysd.uscourts.gov

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Chambers 735
New York, New York 10007

*[Handwritten note: 8/1/2013 — PRI is a non-party to the litigation pending in this court. Its request for a stay of litigation pending the outcome of non-related litigation is DENIED. So ordered. Paul Crotty USDJ]*

Re:    Lee v Stacy Makhnevich, et al.
       United States District Court, Southern District, 11-CV-08665

       Request for Pre-Motion Conference regarding stay application

Dear Judge Crotty:

I represent Physician's Reciprocal Insurers (PRI), which issued a professional liability (malpractice) insurance policy to Defendant Dr. Mackhnevich.

On July 24, 2013, PRI commenced an action in the Supreme Court of the State of New York, County of Nassau (Index no: 13-008966) for a judgment declaring, *inter alia,* that PRI is not obligated to indemnify, and has no further obligation to defend, Stacy Makhnevich, DDS, in the action currently pending in this court. Plaintiff Robert Allen Lee is a defendant in the state court action. I provided Mr. Lee's counsel, Paul Alan Levy, Esq., with a copy of the state court complaint.

PRI respectfully seeks a stay of Mr. Lee's federal court action, including the pending motion by the law firm Gerstman Schwartz & Wink, LLP to be relieved as counsel for Dr. Makhnevich, pending resolution of the state court action for a declaratory judgment.

Dr. Makhnevich personally and specifically designated Gerstman Schwartz & Wink, LLP to represent her due to a supposed conflict of interest arising from Mr. Lee's claims, which are



Lee v Makhnevich
July 29, 2013

premised on copyright law and not covered under the dental malpractice policy. Assertions by her hand-picked counsel that she now refuses to participate in the defense of Mr. Lee's federal action raises the possibility of prejudice to PRI if a default judgment is issued against Dr. Makhnevich before an adjudication of PRI's rights is obtained.

The state court complaint does not seek an adjudication of the viability of the claims pursued by Mr. Lee.

Very truly yours,

Gabriel Mignella

cc: Gerstman Schwartz & Wink, LLP
Attorney for Stacy Makhnevich, DDS
David Schwartz, Esq. and Natalie Campo, Esq. by email only:
dschwartz@gerstmanschwartz.com; nataliec@gerstmanschwartz.com

Bruce Keller, Esq.
Jeffrey P. Cunard, Esq.
bpkeller@debevoise.com
jpcunard@debevoise.com

Paul Alan Levy, Esq.
Gregory Beck, Esq.
gbeck@citizen.org
plevy@citizen.org

Attorneys for Plaintiff Robert Allen Lee