UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
ROBERT ALLEN LEE, individually and on :
behalf of all others similar situated,
: 
: 
           Plaintiffs,              :
                                    :    Civil Action No. 1:11-cv-08665-PAC
     v.                             :
                                    :
STACY MAKHNEVICH *et al.*,          :
                                    :
           Applicant                :
-------------------------------------------------------x

      PLEASE TAKE NOTICE that the undersigned of Debevoise & Plimpton LLP, with offices at 919 Third Avenue, New York, New York 10022, appears in the case captioned above on behalf of Plaintiff Robert Allen Lee.  The undersigned respectfully requests that notice of electronic filing of all papers, as well as copies of all other documents that are required to be served or delivered to counsel in this action, be transmitted to him at the address given below.

Dated: New York, New York
       September 5, 2013

                        DEBEVOISE & PLIMPTON LLP

                        By:   /s/ Michael Potenza
                              Michael Potenza
                              mpotenza@debevoise.com

                        919 Third Avenue
                        New York, New York  10022
                        (212) 909-6000

                        Attorney for Plaintiffs