Paul Alan Levy
Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009
(202) 588-7725 Telephone
(202) 588-7795 Facsimile
plevy@citizen.org

Bruce P. Keller
Jeffrey P. Cunard
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000 Telephone
(212) 909-6836 Facsimile
bpkeller@debevoise.com
jpcunard@debevoise.com

Attorneys for Plaintiffs

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-27-15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
ROBERT ALLEN LEE, individually                                  :
and on behalf of all others similarly situated,                 :
                                                                :
                                Plaintiffs,                     :
                                                                :
v.                                                              :   Civil Action No. 1:11-cv-08665-PAC
                                                                :
STACY MAKHNEVICH *et al.*,                                      :
                                                                :
                                Defendants.                     :
--------------------------------------------------------------- x

[~~PROPOSED FORM OF~~] DEFAULT JUDGMENT   *PAC*

The Court declares as follows:

A. Notwithstanding the claim of defendants Stacy Makhnevich, Aster Dental, Chrysler Building Dental Association, North East PC, South East Dental Suite, Lincoln Square Dental Arts, Lincoln Square Dental Arts of Manhattan, and Chrysler Dental (collectively, "defendants") to

ownership of the copyright in writings by plaintiff Robert Allen Lee about them, Robert Allen Lee's posting of public comments about defendants' services ("Lee's Commentary") is a non-infringing fair use pursuant to Section 107 of the Copyright Act;

B. Obtaining the promise by plaintiff Robert Allen Lee in the Mutual Agreement to Maintain Privacy (the "Agreement") not to publish criticism of defendants, the Agreement's purported assignment of copyrights, and the assertion of copyright claims by defendants for the express purpose of preventing the dissemination of Lee's Commentary, constitute breaches of fiduciary duty and violations of dental ethics and are subject to the equitable defenses of unclean hands, and, as to such assignment and assertion, constitute copyright misuse;

C. Robert Allen Lee's assignment and promise in the Agreement not to publish criticisms of defendants are null and void for lack of consideration;

D. Robert Allen Lee's assignment and promise in the Agreement not to publish criticisms of defendants are null and void for unconscionability;

E. The Agreement is a deceptive act or practice in violation of Section 349(a) of the New York General Business Law; and

F. Lee's Commentary is not actionable defamation under New York common law.

Plaintiff Lee is awarded $4,766 in damages against defendants, jointly and severally, for their breach of contract, together with his costs of suit.

New York, NY
February 27, 2015

_____
United States District Judge